UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER SHEPPERD,
et al.,

    Plaintiffs.

vs.                                        CASE NO. 8:15-CIV-2886-T-EAK-AEP

DIRECTTV GLOBAL HOLDINGS, LLC,
et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION**

This cause is before the Court on the Defendants' renewed motion for transfer of related case (Doc 14), response thereto (Doc. 24), Defendants' motion to compel arbitration (Doc. 15), response thereto (Doc. 24), and Plaintiffs' motion for declaratory judgment and speedy hearing (Doc. 12), and response thereto (Doc. 25). The Defendants seek a transfer of this case to the Honorable Richard A. Lazzara as they assert this is a case which is related to his case 8:15cv1547-RAL-AEP. Upon consideration of the present posture of Judge Lazzara's case, which has been administratively closed after Judge Lazzara granted the Defendants' motion to compel

arbitration, the Court is denying the motion to transfer.

As to the motion to compel arbitration, the Court has reviewed this case in relation to Judge Lazzara's case and finds the order granting the motion to compel arbitration in that case persuasive in this case. As pointed out by the Defendants, the case, *Levison v. MasTec, Inc*., Case No. 8:15-cv-01547-RAL-AEP, at order at Doc. 33, at *2 (Aug. 25, 2015) granted MasTec's and DIRECTV's motion to compel arbitration and found "Plaintiffs' argument that the DRP is not a valid, legal arbitration agreement enforceable under Florida law, is without merit.".  The Court concurs with Judge Lazzara.

In the motion for declaratory judgment, the Plaintiffs seek to have the Court declare that the Dispute Resolution Policy in question in this case is unenforceable.  In light of the Court's ruling on the motion to compel arbitration, the Court denies this motion.  Therefore, it is

**ORDERED**  that Defendants' motion to transfer and Plaintiffs' motion for declaratory judgment and speedy hearing (Docs. 12 and 14) be **denied** and Defendants' Motion to Compel Arbitration (DOC. 15) be **granted.** All proceedings in this case are stayed, and the parties are directed to arbitrate this action pursuant to the terms of the Dispute Resolution Policy. The Clerk is directed to administratively close

this case during the period of stay until completion of the arbitration. The Clerk of Court shall close this case and terminate any other pending motions. The parties shall file a status report every six months starting on October 18, 2016.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of April, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record